RALPH MERNIT, Respondent, v. JAMES T. STANLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MICHAEL CONNEAUGHTON, Respondent, v. NEW YORK CITY MISSION SOCIETY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP BEBERMAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAX H. HORWITZ, Respondent, v. ABRAHAM PLOTKIN and LENA PLOTKIN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BLANCHE DAVIS, Respondent, v. BENJAMIN LEAVIN, Appellant.— Judgment and orders reversed, with costs, and motion for summary judgment denied, with ten dollars costs, on the ground that a triable issue was presented. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of EDWARD J. McNAMARA, Appellant, against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH W. MITCHELL, Appellant, v. M. I. STEWART & Co., INC., Respondent. M. I. STEWART & Co., INC., Plaintiff, v. ELIZABETH W. MITCHELL, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS BIALA, Appellant, v. ROBERT BARR, as Warden of the City Prison of the City of New York, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAM NISSENBAUM, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint, as indicated in the order appealed from, within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAUD E. BROWN, Respondent, v. STEPHEN G. EGAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that there is a substantial defense to the action. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GLOBE INDEMNITY COMPANY, Appellant, v. SAGGESE-STRUNSKY, INC., and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.